FILED
2008 Aug-15 PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE MONTGOMERY, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 2:07-cv-02074-JHH-HGD |
| WARDEN GARY HETZEL, et al., | ) |
| Defendants | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on May 14, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). (Doc. #10). Plaintiff filed objections on July 24, 2008. (Doc. #13).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and plaintiff's objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

**DONE** this the ___15th___ day of August, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE